UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIGI LORENZO,

    Plaintiff,

v.                                              CASE NO. 8:21-cv-775-SDM-SPF

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

    Defendants.
_____/

## ORDER

In accord with Luigi Lorenzo and Equifax Information Services' stipulation (Doc. 32), Equifax is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

ORDERED in Tampa, Florida, on January 7, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE